Douglas H. Flaum
Stephanie J. Goldstein
FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
One New York Plaza
New York, New York 10004-1980
(212) 859-8000
douglas.flaum@friedfrank.com
stephanie.goldstein@friedfrank.com

Attorneys for Defendant
  CIT Group Funding Company of Delaware, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACP MASTER, LTD.; AURELIUS CAPITAL MASTER, LTD.; DAVIDSON KEMPNER PARTNERS; DAVIDSON KEMPNER INSTITUTIONAL PARTNERS, L.P.; DAVIDSON KEMPNER INTERNATIONAL, LTD.; DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES FUND LP; DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES INTERNATIONAL LTD.; M.H. DAVIDSON & CO.; DDJ CAPITAL MANAGEMENT, LLC, ON BEHALF OF CERTAIN FUNDS AND/OR ACCOUNTS THAT IT MANAGES AND/OR ADVISES; and REDWOOD MASTER FUND, LTD, ON BEHALF OF THEMSELVES AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS PURSUANT TO FED. R. CIV. P. RULE 23, <br><br> Plaintiffs, <br><br> - against - <br><br> CIT GROUP FUNDING COMPANY OF DELAWARE, LLC; BARCLAYS BANK PLC, BARCLAYS CAPITAL, INC.; BAUPOST GROUP SECURITIES, L.L.C.; AMERICAN HIGH-INCOME TRUST; THE BOND FUND OF AMERICA INC.; THE INCOME FUND OF AMERICA INC.; AMERICAN FUNDS INSURANCE SERIES, HIGH-INCOME BOND FUND; AMERICAN FUNDS INSURANCE SERIES, HIGH-INCOME BOND FUND; AMERICAN FUNDS INSURANCE SERIES, | 09 CIV 8144 (AKH) <br><br> ECF CASE <br><br> **NOTICE OF BANKRUPTCY** |

ASSET ALLOCATION FUND; AMERICAN FUNDS
INSURANCE SERIES, BOND FUND; AMERICAN
FUNDS INSURANCE SERIES, GLOBAL BOND FUND;
CAPITAL WORLD BOND FUND, INC.; CAPITAL
GUARDIAN HIGH-INCOME OPPORTUNITIES FUND;
STATE OF ALASKA PERMANENT FUND;
CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P.;
CCP CREDIT ACQUISITION HOLDINGS, LLC;
OAKTREE HIGH YIELD PLUS CITF LTD.; OAKTREE
OPPS CITF LTD; SOF INVESTMENTS, L.P.; MSD
VALUE INVESTMENTS, L.P.; SPCP GROUP III LLC;
SPCP GROUP LLC; and DOE LENDERS NOS. 1-100,

Defendants.

PLEASE TAKE NOTICE that on November 1, 2009 (the "Commencement Date"),

defendant CIT Group Funding Company of Delaware, LLC ("CIT Funding") commenced a

case under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101 *et seq.*) (the

"Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New

York (the "Bankruptcy Court").  The chapter 11 case bears index no. 09-16565 (ALG).  A copy

of CIT's chapter 11 petition is attached hereto as Exhibit A.

PLEASE BE ADVISED that, as of the Commencement Date, any new or further action

against CIT Funding is stayed pursuant to section 362 of the Bankruptcy Code (the "Automatic

Stay"), which provides, in relevant part, that the filing of the petition operates as a stay,

applicable to all entities, of among other things, "the commencement or continuation, including

the issuance or employment of process, of a judicial, administrative, or other action or

proceeding against the debtor that was or could have been commenced before the

commencement of the case under this title, or to recover a claim against the debtor that arose

before the commencement of the case under this title . . . ." and of "any act to obtain possession

of property of the estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C. §§ 362(a)(1) & 362(a)(3).

PLEASE BE FURTHER ADVISED that any action taken against CIT Funding without obtaining relief from the Automatic Stay from the Bankruptcy Court may be void *ab initio* and may result in a finding of contempt and an assessment of penalties and fines, as appropriate.  CIT Funding reserves and retains its statutory right to seek relief in the Bankruptcy Court from any judgment, order, or ruling entered in violation of the Automatic Stay.

Attached hereto as Exhibit B is a [Proposed] Order of Stay.


Dated:   New York, New York
         November 17, 2009

FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP

By:    _____*/s/ Douglas H. Flaum*_____
                 Douglas H. Flaum
                 Stephanie Goldstein

One New York Plaza
New York, New York 10004-1980
(212) 859-8000
douglas.flaum@friedfrank.com

Attorneys for Defendant
  CIT Group Funding Company of Delaware,
  LLC

3