UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ACP MASTER, LTD.; AURELIUS CAPITAL MASTER, LTD.; DAVIDSON KEMPNER PARTNERS; DAVIDSON KEMPNER INSTITUTIONAL PARTNERS, L.P.; DAVIDSON KEMPNER INTERNATIONAL, LTD., DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES FUND LP; DAVIDSON KEMPNER DISTRESSED OPPORTUNITIES INTERNATIONAL LTD.; M.H. DAVIDSON & CO.; DDJ CAPITAL MANAGEMENT, LLC, ON BEHALF OF CERTAIN FUNDS AND/OR ACCOUNTS THAT IT MANAGES AND/OR ADVISES; AND REDWOOD MASTER FUND, LTD, ON BEHALF OF THEMSELVES AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED PERSONS PURSUANT TO FED. R. CIV. P. RULE 23, | 09 CIV 8144 (AKH) ECF CASE **NOTICE OF DISMISSAL** |
| Plaintiffs, | |
| -against- | |
| CIT GROUP FUNDING COMPANY OF DELAWARE, LLC; BARCLAYS BANK PLC, BARCLAYS CAPITAL, INC.; BAUPOST GROUP SECURITIES, L.L.C.; AMERICAN HIGH-INCOME TRUST; THE BOND FUND OF AMERICA INC.; THE INCOME FUND OF AMERICA INC.; AMERICAN FUNDS INSURANCE SERIES, HIGH-INCOME BOND FUND; AMERICAN FUNDS INSURANCE SERIES, HIGH-INCOME BOND FUND; AMERICAN FUNDS INSURANCE SERIES, ASSET ALLOCATION FUND; AMERICAN FUNDS INSURANCE SERIES, BOND FUND; AMERICAN FUNDS INSURANCE SERIES, GLOBAL BOND FUND; CAPITAL WORLD BOND FUND, INC.; CAPITAL GUARDIAN HIGH-INCOME OPPORTUNITIES FUND; STATE OF ALASKA PERMANENT FUND; CENTERBRIDGE SPECIAL CREDIT PARTNERS, L.P.; CCP CREDIT ACQUISITION HOLDINGS, LLC; OAKTREE HIGH YIELD PLUS CITF LTD.; OAKTREE OPPS CITF LTD; SOF INVESTMENTS, L.P.; SPCP GROUP III LLC; SPCP GROUP LLC; and DOE LENDERS NOS. 1-00, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1), the Plaintiffs, ACP Master, Ltd.; Aurelius Capital Master, Ltd.; Davidson Kempner Partners; Davidson Kempner Institutional Partners, L.P.; Davidson Kempner International, Ltd.; Davidson Kempner Distressed Opportunities Fund LP; Davidson Kempner Distressed Opportunities International Ltd.; M.H. Davidson & Co.; DDJ Capital Management, LLC, on behalf of certain funds and/or accounts that it manages and/or advises; and Redwood Master Fund, Ltd, hereby dismiss the above action, with prejudice and without costs to any party. No answer, responsive pleading or motion has been filed by the Defendants in this action.

Dated: New York, New York
December 1, 2009

          GOODWIN PROCTER LLP

          Solely as to Defendants: Baupost Group Securities, L.L.C.; American Funds Insurance Series, High-Income Bond Fund; American Funds Insurance Series, Asset Allocation Fund; American Funds Insurance Series, Bond Fund; American Funds Insurance Series, Global Bond Fund; Capital Guardian High-Income Opportunities Fund; State of Alaska Permanent Fund; Centerbridge Special Credit Partners, L.P.; CCP Credit Acquisition Holdings, LLC; SOF Investments, L.P.; MSD Value Investments, L.P.; SPCP Group III LLC; and SPCP Group LLC

          By _____
          Allan S. Brilliant
          Craig P. Druehl
          Yvonne M. Cristovici

          620 Eighth Avenue
          New York, NY 10018-1405
          (212) 813-8800
          abrilliant@goodwinprocter.com

KLESTADT & WINTERS, LLP

Solely as to Defendants: American High-Income Trust; The Bond Fund of America Inc.; The Income Fund of America Inc.; Capital World Bond Fund, Inc.; Oaktree High Yield Plus CITF Ltd.; Oaktree Opps CITP LTD; Barclays Bank PLC, and Barclays Capital, Inc.

By _____

Tracy L. Klestadt
Brendan M. Scott

292 Madison Avenue, 17th Floor
New York, NY 10017
(212) 972-3000
bscott@klestadt.com

*Attorneys for Plaintiffs*